IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| RALPH ALVARADO | § | |
|---|---|---|
| Plaintiff, | § | |
| VS. | § | NO. 3:10-CV-1606-D |
| RICK THALER, Director<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division | § | |
| Defendant. | § | |

### **ORDER**

After conducting a review of the pleadings, files, and records in this case, and the findings and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the magistrate judge are correct, and they are hereby adopted as the findings of the court. Plaintiff is ordered to pay the $350.00 statutory filing fee within 28 days after the date of this order. If he fails to do so, this action will be dismissed without further notice.

**SO ORDERED**.

September 22, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE